IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **STATE OF TEXAS**,<br><br>                  Plaintiff,<br><br>v.<br><br>**MERRICK GARLAND**, in his official capacity as Attorney General, *et al.*,<br><br>                  Defendants. | Case No. 5:23-cv-00034-H |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Merrick Garland, the United States Department of Justice, the Equal Employment Opportunity Commission ("EEOC"), Charlotte A. Burrows, Jocelyn Samuels, Keith E. Sonderling, Andrea R. Lucas, and Karla Gilbride (who, as the EEOC's General Counsel, should be substituted for Christopher W. Lage under Fed. R. Civ. P. 25(d)) appeal to the United States Court of Appeals for the Fifth Circuit from the memorandum opinion and order (ECF No. 110) and final judgment (ECF No. 111) entered by the Court on February 27, 2024.

Dated: April 26, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOHN GRIFFITHS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Branch Director

/s/ *Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
MICHAEL J. GAFFNEY (D.C. Bar No. 1048531)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

1

Washington, D.C. 20005
Tel: (202) 598-1226
Fax: (202) 616-8470
Email: clayton.l.bailey@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Clayton L. Bailey
CLAYTON L. BAILEY (D.C. Bar No. 1644867)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 598-1226
Fax: (202) 616-8470
Email: clayton.l.bailey@usdoj.gov
