IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| State of Texas,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>Merrick Garland, U.S. Attorney General, et al.<br><br>Defendants-Appellants. | No. 24-10386 |

**UNOPPOSED MOTION FOR A THIRTY-DAY EXTENSION
OF TIME TO FILE OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31, Defendants-Appellants respectfully request a 30-day extension of time, to and including August 9, 2024, to file the opening brief in this case.  This motion is unopposed.

1.  Pursuant to this Court's scheduling order of May 31, 2024, the government's opening brief is currently due on July 10, 2024.  The government respectfully requests a 30-day extension of time, up to and including August 9, 2024, to file the opening brief in this matter.  This is the government's first extension request.

2.  The requested extension is necessary to ensure adequate time to prepare and file the brief in light of other appellate deadlines and commitments of government counsel, and to ensure sufficient time to coordinate review with the agency and other interested components of the government.

Courtney Dixon, who has primary responsibility for the government's opening brief in this matter, also had primary responsibility for the government's reply brief in *Werfel, et al. v. Palestine Liberation Organization, et al.*, No. 23-1286 & 23-1335 (10th Cir.), which was filed on June 3. In addition, Ms. Dixon will be traveling and presenting oral argument in *Walmsley, et al. v. Federal Trade Commission, et al.*, No. 23-2687 (8th Cir.), on June 12. Ms. Dixon will also be out of the office on leave July 4-5, and will be presenting oral argument on behalf of the government in *Tennessee v. Becerra*, No. 24-5220 (6th Cir.), on July 18.

3. Counsel for plaintiff has represented that plaintiff does not oppose this request.

## CONCLUSION

For the foregoing reasons, the Court should grant the government a 30-day extension of time for the filing of the opening brief, to and including August 9, 2024.

Respectfully submitted,

MICHAEL S. RAAB
GERARD SINZDAK
 s/ Courtney L. Dixon
COURTNEY L. DIXON
 (202) 353-8189
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7243
Washington, D.C. 20530

June 2024

## CERTIFICATE OF SERVICE

I certify that on June 7, 2024, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

s/ Courtney L. Dixon
COURTNEY L. DIXON
