# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 20, 2024

Mr. William P. Barr
Torridon Law, P.L.L.C.
801 17th Street, N.W.
Suite 1100
Washington, DC 20006

Ms. Dana Victoria Bolger
Katz Banks Kumin, L.L.P.
111 Broadway
Suite 1702
New York, NY 10006

Ms. Courtney Dixon
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7246
Washington, DC 20530

Ms. Jessica Lynn Ellsworth
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. John Patrick Elwood
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Tammy Roy
Cahill, Gordon & Reindel, L.L.P.
32 Old Slip
New York, NY 10005-0000

Mr. Tyler Bass Talbert
Scanes Yelverton Talbert, LLP
P.O. Box 20965
100 Ritchie Road
Suite 101
Waco, TX 76702-0965

Mr. William Edward Trachman
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

Mr. Alexander Michael Wolf
Steptoe, L.L.P.
717 Texas Avenue
Suite 2800
Houston, TX 77002-2761

    No. 24-10386   State of Texas v. Garland
                    USDC No. 5:23-CV-34

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Charles B. Whitney, Deputy Clerk
                              504-310-7679

cc:
    Ms. Kristina Alekseyeva
    Mr. Clayton Louis Bailey

```
Mr. Jacob C. Beach
Mr. Grady Block
Ms. Caitlin Boehne
Mr. Clayton Way Calvin
Ms. Elizabeth Gedmark
Ms. Katherine Greenberg
Mr. Robert E. Henneke
Ms. Kateland R. Jackson
Ms. Colleen Tracy James
Mr. Matthew R. Miller
Ms. Lanora Christine Pettit
Mr. Michael S. Raab
Mr. Justin M. Romeo
Mr. Gerard J. Sinzdak
Mr. Ethan Quinn Szumanski
Mr. Chance Weldon
```