# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 24, 2024

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

No. 24-10386    State of Texas v. Garland

Projected Week of Hearing **02/24/2025**

---

Dear Counsel:

We have tentatively scheduled this case for oral argument during the week shown.

If you have a serious, irresolvable conflict, contact us **IMMEDIATELY** via e-mail (clerk_calendaring@ca5.uscourts.gov), stating your conflict or request. Do not ask to reschedule argument unless you can find no other solution. **GENERALLY, ENGAGEMENT OF COUNSEL IN ANOTHER COURT IS NOT AN "IRRESOLVABLE CONFLICT."**

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument". If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use. If counsel believe it necessary to use large exhibits, please also furnish the small copies.

CALENDARING DEPARTMENT
clerk_calendaring@ca5.uscourts.gov

Ms. Kristina Alekseyeva
Mr. Clayton Louis Bailey
Mr. William P. Barr
Mr. Jacob C. Beach
Mr. Grady Block
Ms. Caitlin Boehne
Ms. Dana Victoria Bolger

```
Mr. Clayton Way Calvin
Ms. Courtney Dixon
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Ms. Elizabeth Gedmark
Ms. Katherine Greenberg
Mr. Robert E. Henneke
Ms. Kateland R. Jackson
Ms. Colleen Tracy James
Mr. Matthew R. Miller
Mr. Aaron Lloyd Nielson
Ms. Lanora Christine Pettit
Mr. Michael S. Raab
Mr. Justin M. Romeo
Ms. Tammy Roy
Mr. Gerard J. Sinzdak
Mr. Ethan Quinn Szumanski
Mr. Tyler Bass Talbert
Mr. William Edward Trachman
Mr. Chance Weldon
Mr. Alexander Michael Wolf
```