# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2025

Ms. Kristina Alekseyeva
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Clayton Louis Bailey
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, DC 20005

Mr. William P. Barr
Torridon Law, P.L.L.C.
801 17th Street, N.W.
Suite 1100
Washington, DC 20006

Mr. Jacob C. Beach
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Grady Block
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

Ms. Caitlin Boehne
Kaplan Law Firm, P.L.L.C.
2901 Bee Cave Road
Suite G
Austin, TX 78746

Ms. Dana Victoria Bolger
Katz Banks Kumin, L.L.P.
111 Broadway
Suite 1702
New York, NY 10006

Mr. Clayton Way Calvin
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Ms. Courtney Dixon
U.S. Department of Justice
Civil Division, Appellate Section

950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Jessica Lynn Ellsworth
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. John Patrick Elwood
Arnold & Porter Kaye Scholer, L.L.P.
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743

Ms. Elizabeth Gedmark
701 Bradford Avenue
Nashville, TN 37204

Ms. Katherine Greenberg
A Better Balance
250 W. 55th Street
17th floor
New York, NY 10019

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Ms. Colleen Tracy James
Cahill, Gordon & Reindel, L.L.P.
32 Old Slip
New York, NY 10005-0000

Mr. Matthew R. Miller
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Michael S. Raab

U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Justin M. Romeo
Torridon Law, P.L.L.C.
801 17th Street, N.W.
Suite 1100
Washington, DC 20006

Ms. Tammy Roy
Cahill, Gordon & Reindel, L.L.P.
32 Old Slip
New York, NY 10005-0000

Mr. Gerard J. Sinzdak
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Ethan Quinn Szumanski
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. Tyler Bass Talbert
Scanes Yelverton Talbert, LLP
P.O. Box 20965
100 Ritchie Road
Suite 101
Waco, TX 76702-0965

Mr. William Edward Trachman
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO 80227

Mr. Chance Weldon
901 Congress Avenue
Austin, TX 78701

Mr. Alexander Michael Wolf
Steptoe, L.L.P.
717 Texas Avenue
Suite 2800
Houston, TX 77002-2761

  No. 24-10386  State of Texas v. McHenry
      USDC No. 5:23-CV-34

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Case No. 24-10386

State of Texas,

        Plaintiff - Appellee

v.

James R. McHenry III, Acting U.S. Attorney General, in his official capacity as United States Attorney General; Charlotte A. Burrows, in her official capacity as Chair of the U.S. Equal Employment Opportunity Commission; Jocelyn Samuels, in her official capacity as Vice Chair of the U.S. Equal Employment Opportunity Commission; Keith Solderling, in his official capacity as Commissioner of the U.S. Equal Employment Opportunity Commission; Andrea R. Lucas, in her official capacity as Commissioner of the U.S. Equal Employment Opportunity Commission; Christopher W. Lage, in his official capacity as General Counsel of the Equal Employment Opportunity Commission; Equal Employment Opportunity Commission; United States Department of Justice,

        Defendants - Appellants