# United States Court of Appeals
# for the Fifth Circuit

No. 24-10386

United States Court of Appeals
Fifth Circuit
**FILED**
August 16, 2025
Lyle W. Cayce
Clerk

STATE OF TEXAS,

                        *Plaintiff—Appellee*,

versus

PAMELA BONDI, *U.S. Attorney General, in her official capacity as United States Attorney General*; CHARLOTTE A. BURROWS, *in her official capacity as Chair of the U.S. Equal Employment Opportunity Commission*; JOCELYN SAMUELS, *in her official capacity as Vice Chair of the U.S. Equal Employment Opportunity Commission*; KEITH SOLDERLING, *in his official capacity as Commissioner of the U.S. Equal Employment Opportunity Commission*; ANDREA R. LUCAS, *in her official capacity as Commissioner of the U.S. Equal Employment Opportunity Commission*; CHRISTOPHER W. LAGE, *in his official capacity as General Counsel of the Equal Employment Opportunity Commission*; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; UNITED STATES DEPARTMENT OF JUSTICE,

                        *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-34

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT