

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7246
Washington, DC 20530

Tel: (202) 353-8189

VIA CM/ECF

January 9, 2026

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
New Orleans, LA 70130

RE: *Texas v. Bondi*, No. 24-10386

Dear Mr. Cayce,

    I currently represent defendants-appellants in the above-captioned case. Effective today, January 9, 2026, I will no longer be employed by the Department of Justice. I therefore respectfully request that my appearance be removed from the docket and that my name be removed from the ECF distribution list. Defendants-appellants will continue to be represented by the other Department of Justice attorneys who have appeared in this case.

    Thank you for your attention to this matter.

Sincerely,

*/s/ Courtney L. Dixon*
Courtney L. Dixon

cc: Counsel of Record (via CM/ECF)