# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 14, 2026

Mr. Clayton Louis Bailey
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, DC 20005

Mr. Clayton Way Calvin
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Eric William Heigis
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Ms. Kateland R. Jackson
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Ryan Glen Kercher
Texas Attorney General's Office
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Matthew R. Miller
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. William R. Peterson
Office of the Attorney General
for the State of Texas
209 W. 14th Street
Price Daniels Senior Building
Austin, TX 78701-1614

Mr. Michael S. Raab
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Gerard J. Sinzdak
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Ethan Quinn Szumanski
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. Chance Weldon
901 Congress Avenue
Austin, TX 78701

    No. 24-10386   State of Texas v. Bondi
                    USDC No. 5:23-CV-34

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

The case will be calendared at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

Appellants will have until 02/13/2026, to file an en banc brief and the Appellee's en banc brief is due on 03/16/2026. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee).

Unless directed otherwise, principal brief rules apply to en banc grants and supplemental briefs requested by the court.

Additionally, reply briefs are not allowed when cases are granted en banc unless you have leave of court.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, supplemental briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by 01/29/2026. Copies of Amicus briefs are not required.

Please be sure that you print your paper copies with the original filing header including the original date filed. Do not submit paper copies without a filing header.

Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
 Ms. Kristina Alekseyeva
 Mr. William P. Barr
 Mr. Grady Block
 Ms. Caitlin Boehne
 Ms. Dana Victoria Bolger
 Ms. Jessica Lynn Ellsworth
 Mr. John Patrick Elwood
 Ms. Elizabeth Gedmark
 Ms. Katherine Greenberg
 Ms. Colleen Tracy James
 Mr. Justin M. Romeo
 Ms. Tammy Roy
 Mr. Tyler Bass Talbert
 Mr. William Edward Trachman
 Mr. Alexander Michael Wolf